## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LEWIS D. BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01691-RGA |
| v. | ) |
| | ) |
| ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., JAMES C. NEARY, JEFF FOX, ANDREA J. AYERS, DALE CRANDALL, JOSEPH P. DISABATO, TOMAS GORNY, PETER J. PERRONE, CHANDLER J. REEDY, JUSTIN L. SADRIAN, and ALEXI A. WELLMAN, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 1, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*